THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-00044-BO-RN

MICHAEL WAYNE HILL,  )
                     )
       Plaintiff,    )
                     )
v.                   )         ORDER
                     )
CODY JONES, et al.,  )
                     )
       Defendants.   )

This matter is before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Robert T. Numbers, II. The M&R recommends dismissal of plaintiff's case for failure to state a claim upon which relief can be granted. Specifically, the M&R explains that the statute of limitations bars Hill's complaint. Hill filed an averment, which this Court interprets as an objection to the M&R. However, Hill's objection does not respond to the statute of limitations argument. Absent a specific and timely objection to an M&R, the Court "must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quotations omitted). The Court is satisfied that there is no clear error on the face of the record and ADOPTS the M&R [DE 7]. The complaint [DE 1] is DISMISSED, and the motions to proceed in forma pauperis [DE 6] are DISMISSED AS MOOT. The clerk is DIRECTED to close the case.

SO ORDERED, this _13_ day of March, 2023.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE