UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CODY JONES, DR. MARK MARQUARDT, )<br>DR. CHARLES ROCCI, DR. MARK MILITANA, )<br>and JAMES MOORE, )<br>Defendants. )<br>) | **JUDGMENT**<br>4:22-CV-44-BO |

**Decision by Court.**
This matter is before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Robert T. Numbers, II.

**IT IS ORDERED, ADJUDGED AND DECREED** that The Court is satisfied that there is no clear error on the face of the record and ADOPTS the M&R [DE 7]. The complaint [DE 1] is DISMISSED, and the motions to proceed in forma pauperis [DE 6] are DISMISSED AS MOOT.

**This judgment filed and entered on March 13, 2023, and served on:**
Michael Wayne Hill (via US Mail)

March 13, 2023

PETER A. MOORE, JR., CLERK

　/s/Lindsay Stouch　　　　
By: Deputy Clerk